# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHARON JOYCE, | ) C.A. No. 2:20-cv-01223-DCN<br>)<br>) |
| Plaintiff-Relator, | )<br>) |
| v. | )<br>) |
| GLOBAL OFFICE FURNITURE, LLC, and MALCOLM E. SMITH, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS ORDERED** that,

1. Relator's Complaint (ECF No. 1) and Local Rule 26.01 Interrogatories (ECF No. 2), the Government's Notice of Intervention (ECF No. 42), and this Order be unsealed;

2. the United States shall file a Complaint in Intervention within ninety (90) days of the date of this Order, and shall serve Defendants with the Complaint in Intervention, together with this Order, within thirty (30) days after the filing of the Complaint in Intervention;

3. all other papers or Orders on file in this matter shall remain under seal and not be made public or served upon Defendants, except as further ordered by this Court; and

4. all matters occurring in these actions after the date of this Order shall be filed on the public docket and shall not be filed under seal unless accompanied by an appropriate motion pursuant to Local Civil Rule 5.03.

**IT IS SO ORDERED**.

_____
The Honorable David C. Norton
United States District Judge

April 16, 2025
Charleston, South Carolina