# EXHIBIT 1

# EXHIBIT 1-A

**GLOBAL OFFICE FURNITURE**

215 Ronnie Court, Suite E, Myrtle Beach, SC 29579
TEL: 866-857-7864 x104  Email: Sharonj@globalofficefurnitureusa.com

| PO Number: | GF2308-26-E | | Date: | 6/17/2019 | |
|---|---|---|---|---|---|
| Ship To: | Global Office Furniture<br>385 French Collins Rd.<br>Conway, SC 29526 | Bill To: | Global Office Furniture, LLC<br>215 Ronnie Ct. Ste. E<br>Myrtle Beach, SC 29579 | | |
| Line No. | Item No. | Quantity | | Price/Ea | Line Total |
| 1 | GF-9390M-1 | 1,320 | | US$29.69 | $39,190.80 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

**Ship Date: 7/1/2019**

| Containers: 2x40HQ | Total PCS: | 1,320 | Total $: | $39,190.80 |
|---|---|---|---|---|

Sharon _Sharon Joyce_ Date _6/17/19_

Dan _Dale S._ Date _6/17/19_

(If over $50k) Mac's _____ Date _____

# EXHIBIT 1-B

# GLOBAL FURNITURE (ZHEJIANG) CO., LTD.
WEST JIER ROAD, DIPU ANJI, ZHEJIANG CHINA - POST CODE: 313300
TEL:86-572-5028177    FAX:86-572-5027578    E-Mail:della@globalfurniturechina.com

*A adjusted price @ 6.5*

**PROFORMA INVOICE**
====================================

MA2308-20-E

INV.NO.: MA2308-16-ER4
DATE: 06/20/2019

To: Conway

| No. | Item No. | PICTURE# | DESCRIPTION & QTY | ASIN No. | CBM | Total CBM | PCS | AMOUNT IN USD FOB SHANGHAI U/PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GF-9390M-1 | | AmazonBasics Mid-Back Office Chair, Brown | B0735WMNT5 | 0.11 | 139.92 | 1320 | $31.48 | $41,553.60 |
| | | | | TOTAL VALUE: 2x40HQ | | 139.92 | 1320 | | $41,553.60 |

SAY U.S DOLLARS FOURTY-ONE THOUSAND FIVE HUNDRED AND FIFTY-THREE POINT SIXTY CENTS ONLY.

1) T/T PAYMENT: 90 days 100% NET based on the shipping date.
2) BENEFICIARY: GLOBAL FURNITURE (ZHEJIANG) CO.,LTD.
3) BENEFICIARY'S BANK: AGRICULTURAL BANK OF CHINA, ZHEJIANG BRANCH
   223 EAST SHENGLI ROAD, ANJI COUNTY, ZHEJIANG PROVINCE, CHINA
   19137014040000652
   SWIFT BIC: ABOCCNBJ110

3) SHIPMENT DATE: 07/15/2019
4) SHIPPING FREIGHT: Ocean Freight
5) PLACE OF DELIVERY: From Shanghai, China to Conway, USA

Confirmed by Buyer:
Date: 6/21/19

嘉得富（浙江）家具有限公司
GLOBAL FURNITURE (ZHEJIANG) CO.,LTD.

WE HEREBY CERTIFY THAT THE ABOVE
MENTIONED GOODS ARE OF CHINESE ORIGIN.

JOYCE. 0228

# EXHIBIT 1-C

# GLOBAL FURNITURE (ZHEJIANG) CO., LTD.

WEST JIER ROAD, DIPU ANJI, ZHEJIANG CHINA POST-CODE:313300
TEL:86-572-5321366   FAX:86-572-5227578   E-MAIL:Johnsonz@globalfurniturechina.com

## COMMERCIAL INVOICE

**MESSRS:**  Global Office Furniture
385 French Collins Road Conway, SC 29526
TEL: 866-857-7864

**Delivery address :**  Global Office Furniture
385 French Collins Road Conway, SC 29526
TEL: 866-857-7864

P.O NO:
Invoice NO :   MA2308-16-ER4
DAT Freight collected

DATE:   Jul.12,2019

| ITEM NO. | DESCRIPTION | QUANTITY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | CTNS | PCS | | |
| GF-G9390M-1 | OFFICE CHAIR | 165 | 165 | 12.34 | 2036.10 |
| GF-G9390M-1 | OFFICE CHAIR | 165 | 165 | 12.34 | 2036.10 |
| GF-G9390M-1 | OFFICE CHAIR | 138 | 138 | 12.34 | 1702.92 |
| GF-G9390M-1 | OFFICE CHAIR | 192 | 192 | 12.34 | 2369.28 |
| GF-G9390M-1 | OFFICE CHAIR | 660 | 660 | 12.34 | 8144.40 |
| | TTL: | 1320 | 1320 | | 16288.80 |

嘉瑞福（浙江）家具有限公司
GLOBAL FURNITURE (ZHEJIANG) CO.,LTD.

9401-30-8030
9903.66.03

VESSEL/VOYAGE:   ASKLIPIOS V.006E
CONTAINER NUMBER:   TCLU8254231/NYKU4836209
SEAL NUMBER:   CNB690560/CNB690563
DATE ON BOARD:   2019/7/18

# EXHIBIT 1-D

# GLOBAL OFFICE FURNITURE

215 Ronnie Court, Suite E, Myrtle Beach, SC 29579        TEL: 866-857-7864 x104
Email: Katek@globalofficefurnitureusa.com

| PO Number: | MA2308-16-ER4 | Date: | 6/12/2019 |
|---|---|---|---|
| Ship To: | Global Office Furniture<br>385 French Collins Rd.<br>Conway, SC 29526 | Bill To: | Global Office Furniture, LLC<br>215 Ronnie Ct. Ste. E<br>Myrtle Beach, SC 29579 |

| Line No. | Item No. | Quantity | Price/Ea | Line Total |
|---|---|---|---|---|
| 1 | GF-G9390M-1 | 1,320 | US$12.34 | $16,288.80 |

| Containers: N/A | Total PCS: | 1,372 | Total $: | $16,288.80 |
|---|---|---|---|---|

Kate _____  Date_____

Dan _____  Date_____

(If over $50k) Mac's _____  Date_____

CONFIDENTIAL                                                                 GLOBAL_SUBP_0000629

# EXHIBIT 1-E

2:20-cv-01223-DCN     Date Filed 07/15/25     Entry Number 50-1     Page 10 of 14

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date | Import Team |
|---|---|---|---|
| D99-1209842-2 | 01 ABI/P | 09/04/19 | |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 054 | 8 | 1601 | 08/22/2019 |

| 8. Importing Carrier | 9. Mode Of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| ASKLIPIOS (ONEY) | 11 | CN | 08/24/2019 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| ONEYSH9AE0009600 | CNGLOFURHUZ | CN | 07/19/2019 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | 58023 | 1601 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| N598/WANDO TERMINAL | SAME | 46-304321800 | |

25. Consignee/Ultimate Consignee Name and Address

City       State SC     Zip

26. Importer of Record Name and Address
GLOBAL OFFICE FURNITURE
215 RONNIE CT STE E

City    MYRTLE BEACH     State SC    Zip 29579

| 27 Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | I.T. DATE   I.T. NO.   MASTER BILL/AWB   HOUSE BILL   SUBHOUSE BILL   BILL QTY | | | | | | |
| |                              ONEYSH9AE0009600    BWLESHA903368914                   1320 CT | | | | | | |
| 001 | Invoice Number    001/MA230816ER4<br>ARTICLE OF CHINA,US NTE 20(F)<br>9903.88.03            18599 KG | | | Y<br>0<br>C4786 | 25% | 4,072.25 | |
| | OTHR ADJUSTABLE SWIVEL SEA<br>9401.30.8030                              1320.00 NO<br>499 MERCHANDISE PROCESSING FEE (MPF)<br>501 HARBOR MAINTENANCE FEE (HMF) | | | 16,289 | Free<br>0.3464%<br>0.125% | 0.00<br>56.43<br>20.36 | |
| | Invoice Number                001/MA230816ER4<br>Invoice Value USD              16,288.80<br>Total Entered Value (Invoice)     16,289.00 | | | | | | |

| Other Fee Summary for Block 39 | | 35. Total Entered Value | CBP USE ONLY | | TOTALS | |
|---|---|---|---|---|---|---|
| 501 Harbor Maintenance Fee | $20.36 | $16,289.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | 4072.25 |
| 499 Merchandise Processing Fee | $56.43 | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | 0.00 |
| | | $76.79 | | D. Ascertained Other | 39. Other | 76.79 |
| | | | | E. Ascertained Total | 40. Total | 4,149.04 |

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am th ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, ☒ owner or purchaser or agent thereof. I further declare that the merchandi☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, O☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| JAS FORWARDING (USA) INC | ATTY-IN-FACT | Daniel Carroll | 08/21/2019 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| JAS FORWARDING (USA) INC<br>4249-A CROSSPOINT DRIVE, LADSON, SC 29456<br>PHONE: +18434865343   FAX: +18434865382 | S903368914 |

CBP Form 7501 (2/18)                                                                         Page 1 of 1

CONFIDENTIAL                                                          GLOBAL_SUBP_0000634

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection  
**ENTRY/IMMEDIATE DELIVERY**  
19 CFR 142.3, 142.16, 142.22, 142.24  
JAS FORWARDING (USA) INC  
4249-A CROSSPOINT DRIVE, LADSON, SC 29456  
PHONE: +18434865343  FAX: +18434865382

Page 1 of 1  
Filer Code: D99  
ABI Certified  
CST#  
Form Approved  
OMB No. 1651-0024  
Exp. 08-31-2018

RELEASED

| 1. ARRIVAL DATE 08/24/19 | 2. ELECTED ENTRY DATE 08/22/2019 | 3. ENTRY TYPE CODE/NAME 01 Consumption-Free and Duti | 4. ENTRY NUMBER D99-1209842-2 |
|---|---|---|---|
| 5. PORT 1601 | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER S903368914 | |
| | 8. CONSIGNEE NUMBER 46-304321800 | | 9. IMPORTER NUMBER 46-304321800 |

| 10. CONSIGNEE/ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| GLOBAL OFFICE FURNITURE<br>215 RONNIE CT STE E<br>MYRTLE BEACH  SC  29579  US | GLOBAL OFFICE FURNITURE<br>215 RONNIE CT STE E<br>MYRTLE BEACH  SC  29579  US |

| 12. CARRIER CODE ONEY | 13. VOYAGE/FLIGHT/TRIP 007E | 14. LOCATION OF GOODS-CODE(S)/NAME(S)  N598<br>WANDO TERMINAL<br>LONGPOINT ROAD<br>MT. PLEASANT SC 29464 |
|---|---|---|
| 15. VESSEL CODE/NAME ASKLIPIOS | | |
| 16. U.S. PORT OF UNLADING 1601 | 17. MANIFEST NUMBER | 18. G.O. NUMBER |

| 19. TOTAL VALUE 16,289 |
|---|

20. DESCRIPTION OF MERCHANDISE  
OFFICE CHAIR

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | (58023) ONEYSH9AE0009600 | | 99038803 | CN | CNGLOFURHUZ |
| H | BWLESHA903368914 | 1320 CT | 9401308030 | CN | CNGLOFURHUZ |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met. | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY: |
| SIGNATURE OF APPLICANT     JAS FORWARDING (USA) INC<br>X                                ATTY-IN-FACT<br>Daniel Carroll | |
| PHONE NO.<br>+18434865343  FAX: +18434865382 | DATE<br>08/21/19 | ☐ CBP EXAMINATION REQUIRED. |
| | | ☐ ENTRY REJECTED, BECAUSE: |

29. BROKER OR OTHER GOVT. AGENCY USE

Containers: NYKU4836209, TCLU8254231

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|
| | Signature: | |

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is   1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)



# JAS FORWARDING (USA), INC.
## CHARLESTON - BRANCH

4249-A CROSSPOINT DRIVE
LADSON, SC 29456
PHONE: +1 (843) 486 5343
FAX: +1 (843) 486 5382
WEBSITE: www.jas.com

**BROKERAGE NUMBER:** S903368914
**DATE:** 21-Aug-2019

## Invoice Lines Report

Page 1 of 1

**IMPORTER:** GLOBAL OFFICE FURNITURE

**VESSEL / VOYAGE / IMO(LLOYDS):** NAVIOS CONSTELLATION / 007E / 9408877

**MASTER BILL:** ONEYSH9AE0009600

**ORDER REFERENCES:** MA2308-16-ER4

**HOUSE BILL:** BWLESHA903368914

**DESCRIPTION OF GOODS:**
OFFICE CHAIR
MA2308-16-ER4
THIS SHIPMENT DOES NOT CONTAIN SOLID WOOD PACKING MATERIALS.

| Line | Merged Line | Product Code | Description | Invoice Qty | UQ | Custom Qty | UQ | Invoice Price | Cur | Org. | Prov/Prog. Tariff | Tariff | Duty Rate | Prov/Prog. Duty Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Invoice MA230816ER4; GLOFURHZH (GLOBAL FURNITURE ZHEJIANG COMPANY LIMITED); Incoterm FOB

| 1 | 1/D99-1209842-2 | GF-9250M-4(01)/9250M | OFFICE CHAIRS | 0.00 | NO | 1320.00 | NO | 16,288.80 | USD | CN | 9903.88.03 | 9401.30.8030 | Free | 25% |

Invoice MA230816ER4 Line Total    16,288.80 USD

CONFIDENTIAL

GLOBAL_SUBP_0000636

# GLOBAL FURNITURE (ZHEJIANG) CO., LTD.

WEST JIER ROAD, DIPU ANJI, ZHEJIANG CHINA POST-CODE:313300
TEL:86-572-5321366   FAX:86-572-5227578  E-MAIL:Johnsonz@globalfurniturechina.com

## COMMERCIAL INVOICE

**MESSRS:**  Global Office Furniture
385 French Collins Road Conway, SC 29526
TEL: 866-857-7864

**Delivery address :**
Global Office Furniture
385 French Collins Road Conway, SC 29526
TEL: 866-857-7864

P.O NO:
Invoice NO : MA2308-16-ER4
DAT Freight collected

DATE:   Jul.12,2019

| ITEM NO. | DESCRIPTION | QUANTITY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | CTNS | PCS | | |
| GF-G9390M-1 | OFFICE CHAIR | 165 | 165 | 12.34 | 2036.10 |
| GF-G9390M-1 | OFFICE CHAIR | 165 | 165 | 12.34 | 2036.10 |
| GF-G9390M-1 | OFFICE CHAIR | 138 | 138 | 12.34 | 1702.92 |
| GF-G9390M-1 | OFFICE CHAIR | 192 | 192 | 12.34 | 2369.28 |
| GF-G9390M-1 | OFFICE CHAIR | 660 | 660 | 12.34 | 8144.40 |
| | TTL: | 1320 | 1320 | | 16288.80 |

嘉瑞福(浙江)家具有限公司
GLOBAL FURNITURE (ZHEJIANG) CO.,LTD.

9401-30-8030
9903.06.03

VESSEL/VOYAGE:   ASKLIPIOS V.006E
CONTAINER NUMBER:   TCLU8254231/NYKU4836209
SEAL NUMBER:   CNB690560/CNB690563
DATE ON BOARD:   2019/7/18